## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| STEPHANI S. BUERGER, | : |
| Plaintiff, | : |
| vs. | :   CA 22-0052-JB-MU |
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE and PRESIDENT JOSEPH R. BIDEN, JR., | : : |
| Defendants. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated April 6, 2022 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 28th day of April, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE